FILED
CLERK, U.S. DISTRICT COURT
FEB 25 2014
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>Kelly Joe Wachowiak<br><br>　　　　　　Defendant. | Case No.: SA CR 06-0218-AG<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Cent. Dist. of Calif   for alleged violation(s) of the terms and conditions of (his)/her [probation] [(supervised release)]; and

　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　The Court finds that:

A.　(✔)　The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on unknown recent background and bail resources,

1  numerous alleged violations of SR, ongoing
2  substance abuse
3
4  and/or
5  B.  (✓)  The defendant has not met his/her burden of establishing by
6  clear and convincing evidence that he/she is not likely to pose
7  a danger to the safety of any other person or the community if
8  released under 18 U.S.C. § 3142(b) or (c).  This finding is based
9  on: lengthy criminal history, ongoing substance
10 abuse

   IT THEREFORE IS ORDERED that the defendant be detained pending
   the further revocation proceedings.

   Dated: 2/25/14                          _____
                                           JEAN ROSENBLUTH
                                           U.S. MAGISTRATE JUDGE