O

FILED
CLERK, U.S. DISTRICT COURT

JAN 1 5 2015

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: SACR06-218 |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING |
| vs. ) | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Wachowiak, Kelly Joe ) | |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _____ CDCA _____,
for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _nature of violations which evidence_ _a lack of amenability to supervision. backgrd, cmty ties_ _unknown; bail resources unknown; assoc w/multiple_

1  personal identifiers; prior violation history; apparent
2  ongoing substance abuse problem
3       and/or

4  B.   (x) The defendant has not met his/her burden of establishing by clear and
5       convincing evidence that he/she is not likely to pose a danger to the safety of any
6       other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
7       finding is based on   substance abuse history; criminal
8       history record, incl. multiple convictions for
9       narcotics offenses

10
11
12

13       IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.

15

16  DATED:   1/15/15

17                                    ROBERT N. BLOCK
                                      UNITED STATES MAGISTRATE JUDGE
18
19
20
21
22
23
24
25
26
27
28